**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

IN RE: GENE N. CHAVEZ No. 1:26-mc-00022-KG

**ORDER APPOINTING THREE-JUDGE PANEL AND ORDER TO SUPPLEMENT THE RECORD**

On July 2, 2026, the Court ordered Gene N. Chavez to show cause why the Court should not suspend him due to his suspension by the Supreme Court of the State of New Mexico. *See* Order to Show Cause at 1, Doc. 1.

Mr. Chavez requests that the undersigned appoint a Panel of Judges to review the State of New Mexico's disciplinary proceedings. *See* Response to Order to Show Cause at 1, 9-10, Doc. 2, filed July 22, 2026.

The Court appoints Chief United States Bankruptcy Judge Robert H. Jacobvitz and United States Magistrate Judge Jennifer M. Rozzoni to the Panel with the undersigned to review Mr. Chavez' response to the Order to Show Cause. *See* D.N.M.LR-Civ. 83.10(a) ("The Chief District Judge will appoint a panel of federal judges who may include Article III Judges, Magistrate Judges and Bankruptcy Judges, to review any state disciplinary proceedings . . . and, if necessary, conduct a hearing to determine whether discipline, suspension or disbarment is appropriate").

The New Mexico Supreme Court's order suspending Mr. Chavez refers to "the parties' *conditional agreement not to contest the allegations and consent to discipline*." Order at 1, filed June 5, 2026, *In the Matter of Gene N. Chavez, Esq.*, No. S-1-SC-41313 (N.M.) (emphasis in original). Mr. Chavez shall, within 21 days of entry of this Order, file a copy of the conditional agreement.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.